UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL J. REHIL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-168-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Joint Motion to Remand to the Commissioner (Doc. 24). The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

The parties agree that:

On remand, the ALJ will: (1) evaluate medical opinions of record, including that of Dr. Adams; (2) evaluate Plaintiff's obesity under Social Security Ruling 02-1p; (3) assess Plaintiff's residual functional capacity and proceed with the sequential evaluation, as necessary; and (4) issue a new decision.

Joint Mot. Remand (Doc. 24).

For good cause shown, the Court:

- **GRANTS** the parties' Joint Motion to Remand (Doc. 24);

- **REVERSES** the final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits;

- **REMANDS** this matter to the Commissioner for reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g); and

- **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff.

**I IS SO ORDERED.**
**DATED:  August 13, 2020**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
