UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL J. REHIL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-168-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny plaintiff Michael J. Rehil's application for social security benefits is reversed, and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.  Judgment is entered in favor of plaintiff Michael J. Rehil and against Defendant Commissioner of Social Security.

                                    **MARGARET M. ROBERTIE, Clerk of Court**

**Date: August 13, 2020**                      s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**